**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| David Joseph Kuchar, | Case No.: 2:25-cv-02570-CDS-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| Naphcare, *et al*., | |
| Defendants. | |

On December 22, 2025, Plaintiff submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. Plaintiff's IFP application fails to include a completed financial certificate signed by a prison or jail official and his inmate trust fund account statement for the previous six-month period.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **March 20, 2026**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed in Forma Pauperis for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. Even if Plaintiff has not been at Clark County Detention Center for a full six-month period, Plaintiff must still submit a financial statement and an inmate account statement for the dates he has been at the facility. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate along with the information and instructions for filing the same.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **March 20, 2026**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows

Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

Dated this 19th day of February, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2